UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CLIFTON JONES, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:21-cv-00098-SEB-KMB ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT.

The motion for relief pursuant to 28 U.S.C. § 2255 is **denied.** This action is **dismissed with prejudice.**

Date: 9/30/2024

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

CLIFTON JONES
16046-028
LEAVENWORTH - USP
LEAVENWORTH U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
LEAVENWORTH, KS 66048